JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT PAUL I., | ) | No. CV 18-9471 FFM |
| Plaintiff, | ) | JUDGMENT OF REMAND |
| v. | ) | |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings set forth in the Order filed concurrently herewith.

DATED: March 18, 2020

    /S/FREDERICK F. MUMM
    FREDERICK F. MUMM
    United States Magistrate Judge